RECEIVED
2008 OCT 30 PM 2: 20
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GIORGIO COMELSKY,
and all others similarly situated,

    Plaintiff,

v.

APPLE INC.,

    Defendant.

CASE NO. C08 04969 PVT

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Jerome Noll , whose business address and telephone number is 1311 Mamaroneck Avenue, White Plains, New York, NY 10605, 914-517-5000

and who is an active member in good standing of the bar of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Giorgio Gomelsky, and others similarly situ

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

                    United States District Judge