RECEIVED

2008 OCT 30 PM 2: 20

RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT IN THE UNITED STATES DISTRICT COURT
NO. DIST OF CA S.J.

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GIORGIO COMELSKY,
and all others similarly situated,

      Plaintiff,

v.

APPLE INC.,

      Defendant.

CASE NO. C08 04969 PVT

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Jerome Noll                        , whose business address and telephone number is

1311 Mamaroneck Avenue, White Plains, New York, NY 10605, 914-517-5000

and who is an active member in good standing of the bar of  New York

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing  Giorgio Gomelsky, and others similarly situ

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:                                        _____

                              United States  District      Judge

*(left margin)* United States District Court — For the Northern District of California