| | |
|---|---|
| 1 | GRACE Y. HOROUPIAN (SBN 180377) |
| 2 | **KUTAK ROCK LLP**<br>Suite 1100 |
| 3 | 18201 Von Karman Avenue<br>Irvine, CA  92612-1077 |
| 4 | Telephone:  (949) 417-0999<br>Facsimile:   (949) 417-5394 |
| 5 | Email:  grace.horoupian@kutakrock.com |
| 6 | NEIL L. ARNEY (SBN 125682)<br>**KUTAK ROCK LLP** |
| 7 | Suite 3100<br>1801 California Avenue |
| 8 | Denver, CO  80202<br>Telephone:  (303) 297-2400 |
| 9 | Facsimile:   (303) 292-7799<br>Email:       neil.arney@kutakrock.com |
| 10 | Attorneys for Plaintiff |
| 11 | ROCKY MOUNTAIN BANK, a<br>Wyoming corporation |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY MOUNTAIN BANK, a Wyoming corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>Defendant. | Case No.  C09-04385 PVT<br><br>**CERTIFICATE OF INTERESTED PARTIES**<br>*(FILED UNDER SEAL)*<br><br>**Complaint filed:  September 17, 2009** |

4842-6376-3460.1

**CERTIFICATE OF INTERESTED PARTIES**

1 | The undersigned counsel of record for Plaintiff, Rocky Mountain Bank, a Wyoming corporation, pursuant to Civil L.R. 3-16, certifies that as of this date, other than the named parties, there is no such interest to report."

Dated:  September 17, 2009             **KUTAK ROCK LLP**


By: */s/ Grace Y. Horoupian*
  Grace Y. Horoupian
  ATTORNEYS FOR PLAINTIFF
  ROCKY MOUNTAIN BANK