| | |
|---|---|
| 1 | GRACE Y. HOROUPIAN (SBN 180337) |
| 2 | **KUTAK ROCK LLP**<br>Suite 1100 |
| 3 | 18201 Von Karman Avenue<br>Irvine, CA  92612-1077 |
| 4 | Telephone:   (949) 417-0999<br>Facsimile:    (949) 417-5394 |
| 5 | Email:  grace.horoupian@kutakrock.com |
| 6 | NEIL L. ARNEY (SBN 125682)<br>**KUTAK ROCK LLP** |
| 7 | Suite 3100<br>1801 California Avenue |
| 8 | Denver, CO  80202<br>Telephone:   (303) 297-2400 |
| 9 | Facsimile:    (303) 292-7799<br>Email:        neil.arney@kutakrock.com |
| 10 | Attorneys for Plaintiff |
| 11 | ROCKY MOUNTAIN BANK, a<br>Wyoming corporation |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROCKY MOUNTAIN BANK, a Wyoming corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>Defendant. | Case No.  5:09-CV-04385 PVT<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br>~~*(FILED UNDER SEAL)*~~<br><br>Hearing Date:  _____<br>Time:                            a.m.<br>Room:<br><br>Trial Date:       Not Scheduled<br>Date Action Filed: _____<br>Judge: Hon. |

---

**NOTICE OF MOTION AND MOTION FOR TRO AND PRELIMINARY INJUNCTION**
**CASE NO. _____**

4847-3306-4452.1

**TO DEFENDANT AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September _____, 2009, at _____, or as soon thereafter as counsel may be heard, before the Honorable _____ in Courtroom ____ of the above-referenced court located at _____, San Jose, California, Plaintiff Rocky Mountain Bank will and hereby does move this Court for a temporary restraining order ("TRO") and preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure.

In its motion for injunctive relief, Plaintiff asks this Court to enter a temporary restraining order, preliminary injunction, and permanent injunction, ordering that:

    a.    Google and the Gmail Account holder are permanently enjoined from accessing, using, or distributing the Confidential Customer Information;

    b.    Google immediately deactivate the Gmail Account and delete the Inadvertent Email and attachment from its system;

    c.    Google immediately disclose the status of the Gmail Account, specifically, whether the Gmail Account is dormant or active, whether the Inadvertent Email was opened or otherwise manipulated, and in the event that the Gmail Account is not dormant, the identity and contact information for the Gmail Account holder; and

4.    Any other and further relief the Court deems just and proper under the circumstances.

This motion is based on this Notice of Motion and Motion for Temporary Restraining Order and Preliminary Injunction, the Memorandum of Points and Authorities filed herewith, and the Verified Complaint for Declaratory and Injunctive Relief filed herewith, and such other matters that may properly come before the Court on this Motion.

1 | Respectfully submitted this 18th day of September, 2009.

**KUTAK ROCK LLP**

By: */s/ Grace Y. Horoupian*
Grace Y. Horoupian
ATTORNEYS FOR PLAINTIFF
ROCKY MOUNTAIN BANK

- 2 -
**NOTICE OF MOTION AND MOTION FOR TRO AND PRELIMINARY INJUNCTION
CASE NO.** _____

4847-3306-4452.1