# UNITED STATES DISTRICT COURT
## Northern District of California

ROCKY MOUNTAIN BANK, a
Wyoming corporation,

                 Plaintiff(s),

    v.

GOOGLE INC., a Delaware
corporation,

                 Defendant(s).

Case No. <u>5:09-CV-04385 PVT</u>

**CONSENT TO ASSIGNMENT**
**OR**
**REQUEST FOR REASSIGNMENT**

**Note: Please complete either Part A or Part B below and file with the Clerk of Court.**

**A.  CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

    In accordance with the provisions of Title 28 U.S.C. Section 636(c), the undersigned party to the above-captioned civil matter hereby voluntarily consents to have a United States magistrate judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Dated:

                                                           

Signature

Counsel for _____
(Name of party or indicate "pro se")

**B.  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL**
**AND DISPOSITION**

    The undersigned party hereby declines to consent to the assignment of this case to a United States magistrate judge for trial and disposition and hereby requests the reassignment of this case to a United States district judge.

Dated: September 22, 2009

KUTAK ROCK LLP

_/s/ Grace Y. Horoupian_

Signature

Counsel for <u>Rocky Mountain Bank</u>
(Name of party or indicate "pro se")

UNITED STATES DISTRICT COURT
For the Northern District of California