# VERIFICATION

Mark Hendrickson of Rocky Mountain Bank, being of age and duly sworn, deposes and says: (1) that he is the President of Rocky Mountain Bank; (2) that he has read the foregoing Verified Complaint For Declaratory And Injunctive Relief; and (3) that the contents thereof are true to the best of his knowledge, information and belief.

ROCKY MOUNTAIN BANK

By: *Mark Hendrickson*

Mark Hendrickson, President

STATE OF WYOMING        )
                        ) ss.
COUNTY OF Teton         )

On September 16, 2009 before me, Cheryl Toland, Notary Public, personally appeared Mark Hendrickson, proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

[Notary Seal: CHERYL TOLAND, NOTARY PUBLIC, COUNTY OF TETON, STATE OF WYOMING, MY COMMISSION EXPIRES FEB. 13, 2010]

*Cheryl Toland*
Notary Public

---

- 9 -
VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
CASE NO. _____

4834-1520-0516.1