1  DATED this 16 day of September, 2009.

2  _____
   Mark Hendrickson, President
3  Rocky Mountain Bank

4

5

6

7

8

9

10

11  **[SIGNATURE PAGE TO DECLARATION OF MARK HENDRICKSON IN
12  SUPPORT OF MOTION TO FILE PLEADINGS UNDER SEAL]**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 5 -
DECLARATION OF MARK HENDRICKSON IN SUPPORT OF MOTION TO FILE UNDER SEAL
CASE NO. _____

4823-4178-8420.1