**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                 General Court Number
Clerk                                                                                           408.535.5364


**September 22, 2009**

**CASE NUMBER:  CV 09-04385 PVT**
**CASE TITLE: Rocky Mountain Bank -v- Google, Inc.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**The Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 9/22/09

                                                                            FOR THE EXECUTIVE COMMITTEE:

                                                                            _____
                                                                                                                         Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                     Special Projects
Log Book Noted                                          Entered in Computer 9/22/09-srm


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                  Transferor CSA