

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY MOUNTAIN BANK, a Wyoming corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>　　　　Defendant. | Case No. 5:09-CV-04385 JW<br><br>**ORDER GRANTING TEMPORARY RESTRAINING ORDER; SETTING HEARING RE: PRELIMINARY INJUNCTION** |

    Presently before the Court is Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction. Upon review of the brief, the Court finds good cause to GRANT Plaintiff's Motion for Temporary Restraining Order as follows:

(1) Google and the Gmail Account holder are temporarily enjoined from accessing, using, or distributing the Confidential Customer Information;

(2) Google shall immediately deactivate the Gmail Account;

(3) Google shall immediately disclose to Plaintiff and the Court the status of the Gmail Account, specifically, whether the Gmail Account is dormant or active, whether the Inadvertent Email was opened or otherwise manipulated, and in the event that the Gmail Account is not dormant, the identity and contact information for the Gmail Account holder.

Plaintiff shall serve this Order on Defendant on or before **September 24, 2009**. Any Response from Defendant shall be file on or before **September 25, 2009**. The Court will conduct a hearing on Plaintiff's Motion for Preliminary Injunction on **September 28, 2009 at 9 a.m.**

Dated: September 23, 2009

_____
JAMES WARE
United States District Judge