| | |
|---|---|
| 1 | Troy P. Sauro, Bar No. 224097 |
|   | TSauro@perkinscoie.com |
| 2 | Albert Gidari (*pro hac vice* application to be submitted) |
|   | AGidari@perkinscoie.com |
| 3 | PERKINS COIE LLP |
|   | Four Embarcadero Center, Suite 2400 |
| 4 | San Francisco, CA  94111-4131 |
|   | Telephone:  415.344.7000 |
| 5 | Facsimile:  415.344.7050 |
| 6 | Attorneys for Defendant |
|   | Google Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROCKY MOUNTAIN BANK, a Wyoming Corporation, | Case No. 5:09-CV-04385 JW |
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| GOOGLE INC., a Delaware Corporation, | |
| Defendant. | |

NOTICE OF APPEARANCE
5:09-CV-04385 JW

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned counsel has been engaged to represent Defendant Google Inc. in this action. Copies of all documents and pleadings relating to this litigation should be served on the undersigned counsel.

DATED: September 24, 2009            **PERKINS COIE LLP**

By     /s/
Troy P. Sauro
Attorneys for Defendant
Google Inc.