ORIGINAL

| | |
|---|---|
| 1 | Troy P. Sauro, Bar No. 224097 |
| | TSauro@perkinscoie.com |
| 2 | Albert Gidari (*pro hac vice* application to be submitted) |
| 3 | AGidari@perkinscoie.com |
| | PERKINS COIE LLP |
| 4 | Four Embarcadero Center, Suite 2400 |
| | San Francisco, CA 94111-4131 |
| 5 | Telephone: 415.344.7000 |
| | Facsimile: 415.344.7050 |
| 6 | |
| 7 | Attorneys for Defendant Google Inc. |

**Filed**

SEP 24 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ROCKY MOUNTAIN BANK, a Wyoming Corporation,

    Plaintiff,

v.

GOOGLE INC., a Delaware Corporation,

    Defendant.

Case No. 5:09-CV-04385 JW

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

41063-0024/LEGAL17021332.1

-1-

APPLICATION FOR
PRO HAC VICE ADMISSION
5:09-CV-04385 JW

Dockets.Justia.com

Pursuant to Civil L.R. 11-3, Albert Gidari, an active member in good standing of the bar of the United States District Court for the Western District of Washington, hereby applies for admission to practice in the United States District Court, Northern District of California on a pro hac vice basis representing defendant Google Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the United States District Court for the Western District of Washington;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4 and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Troy P. Sauro, SBN 224097
Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Tel: (415) 344-7000
Fax: (415) 344-7050

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 24, 2009

_____
Albert Gidari

41063-0024/LEGAL17021332.1

-2-

APPLICATION FOR
PRO HAC VICE ADMISSION
5-09-CV-04385 JW