ORIGINAL

1  Troy P. Sauro, Bar No. 224097
   TSauro@perkinscoie.com
2  Albert Gidari (*pro hac vice* application to be
   submitted)
3  AGidari@perkinscoie.com
   PERKINS COIE LLP
4  Four Embarcadero Center, Suite 2400
   San Francisco, CA 94111-4131
5  Telephone: 415.344.7000
   Facsimile: 415.344.7050
6
   Attorneys for Defendant
7  Google Inc.

RECEIVED

SEP 2 4 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROCKY MOUNTAIN BANK, a Wyoming Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware Corporation,<br><br>Defendant. | Case No. 5:09-CV-04385 JW<br><br>**[PROPOSED] ORDER ADMITTING ALBERT GIDARI TO APPEAR AS COUNSEL PRO HAC VICE ON BEHALF OF DEFENDANT GOOGLE INC.** |

Based on the application and supporting declaration of Albert Gidari to appear as counsel pro hac vice on behalf of defendant Google Inc. in this action filed concurrently herewith, and good cause appearing therefore,

IT IS HEREBY ORDERED that Albert Gidari may appear as counsel pro hac vice on behalf of defendant Google, Inc.

Dated: _____          _____
                                         Honorable James Ware
                                         United States District Court Judge