ORIGINAL

1   Troy P. Sauro, Bar No. 224097
    TSauro@perkinscoie.com
2   Albert Gidari (*pro hac vice* application to be
    submitted)
3   AGidari@perkinscoie.com
    PERKINS COIE LLP
4   Four Embarcadero Center, Suite 2400
    San Francisco, CA 94111-4131
5   Telephone: 415.344.7000
    Facsimile: 415.344.7050
6
7   Attorneys for Defendant
    Google Inc.

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12   ROCKY MOUNTAIN BANK, a Wyoming        Case No. 5:09-CV-04385 JW
13   Corporation,
                                           PROOF OF SERVICE
14                   Plaintiff,

15        v.

16   GOOGLE INC., a Delaware Corporation,

17                   Defendant.

18

19

20

21

22

23

24

25

26

27

28

Filed

SEP 2 4 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Dockets.Justia.com

1

**PROOF OF SERVICE BY MAIL**

2      I am a citizen of the United States and employed in San Francisco County, California. I

3 am over the age of eighteen years and not a party to the within-entitled action. My business

4 address is Four Embarcadero Center, Suite 2400, San Francisco, California 94111-4131. I am

5 readily familiar with this firm's practice for collection and processing of correspondence for

6 mailing with the United States Postal Service. On September 24, 2009, I placed with this firm at

7 the above address for deposit with the United States Postal Service a true and correct copy of the

8 within document(s):

9      **GOOGLE INC.'S APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE; [PROPOSED] ORDER**

10 **ADMITTING ALBERT GIDARI TO APPEAR AS COUNSEL
PRO HAC VICE ON BEHALF OF DEFENDANT GOOGLE**

11 **INC.**

12 in a sealed envelope, postage fully paid, addressed as follows:

13      Grace Y. Horoupian
KUTAK ROCK LLP

14 Suite 1100
18201 Von Karman Avenue

15 Irvine, CA 92612-1077
(949) 417-0999 (Telephone)

16 (949) 417-5394 (Facsimile)
grace.horoupian@kutakrock.com

17

18 Neil L. Arney
KUTAK ROCK LLP

19 Suite 3100
1801 California Avenue

20 Denver, CO 80202
(303) 297-2400 (Telephone)

21 (303) 292-7799 (Facsimile)
neil.arney@kutakrock.com

22

23

24      Following ordinary business practices, the envelope was sealed and placed for collection

25 and mailing on this date, and would, in the ordinary course of business, be deposited with the

26 United States Postal Service on this date.

27      I declare that I am employed in the office of a member of the bar of this court at whose

28 direction the service was made.

-2-

PROOF OF SERVICE
5:09-CV-04385 JW

1   Executed on September 24, 2009, at San Francisco, California.

2

3                                                    _____
                                                            Linda Alcorn
4

5   41063-0002/LEGAL17022907.1

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE
5:09-CV-04385 JW