Troy P. Sauro, (SBN 224097)
TSauro@perkinscoie.com
Albert Gidari (*pro hac vice* pending)
AGidari@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Attorneys for Defendant
GOOGLE INC.

GRACE Y. HOROUPIAN (SBN 180337)
**KUTAK ROCK LLP**
Suite 1100
18201 Von Karman Avenue
Irvine, CA 92612-1077
Telephone: (949) 417-0999
Facsimile: (949) 417-5394
Email: grace.horoupian@kutakrock.com

NEIL L. ARNEY (SBN 125682)
**KUTAK ROCK LLP**
Suite 3100
1801 California Avenue
Denver, CO 80202
Telephone: (303) 297-2400
Facsimile: (303) 292-7799
Email:   neil.arney@kutakrock.com

Attorneys for Plaintiff
ROCKY MOUNTAIN BANK, a
Wyoming corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY MOUNTAIN BANK, a Wyoming corporation,<br><br>            Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>            Defendant. | Case No. 5:09-CV-04385 JW<br><br>**STIPULATED MOTION TO VACATE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND TO VACATE TEMPORARY RESTRAINING ORDER** |

Plaintiff Rocky Mountain Bank (the "Bank"), by and through its undersigned counsel, and Defendant Google Inc. ("Google"), by and through its undersigned counsel, hereby submit the following Stipulated Motion to Vacate Hearing on Preliminary Injunction (the "Hearing") and Temporary Restraining Order and in support thereof, hereby stipulate and agree as follows:

(1)   On September 24, 2009, Google lodged a Report with the Court in response to, and in compliance with, the Court's September 23, 2009 Order Granting Temporary Restraining Order (the "TRO").

(2)   In light of the Report the parties are in agreement that the relief requested in connection with the Bank's motion for preliminary injunction is now moot and the Hearing may be vacated.  In light of Google's compliance with the TRO, the parties also agree that the TRO should be vacated, allowing the Gmail Account to be reactivated to allow the user access to the account.

WHEREFORE, the parties request that the Court vacate the Hearing currently scheduled for September 28, 2009 at 9:00 a.m. and vacate the TRO. Should the Court not enter the Order Granting Stipulated Motion To Vacate Hearing On Plaintiff's Motion For Preliminary Injunction And To Vacate Temporary Restraining Order, the parties stipulate and hereby request that the Court continue the September 28, 2009 hearing on Plaintiff's Motion For Preliminary Injunction to October 1, 2009, or such later date that is convenient for

///

- 1 -
**STIPULATED MOTION TO VACATE HEARING ON PLAINTIFF'S MOTION FOR PRELMINARY INJUNCTION AND TO VACATE TEMPORARY RESTRAINING ORDER
CASE NO.  5:09-CV-04385 JW**

4835-4594-6884.1

the Court, and permit the parties to fully brief the matter.

Respectfully submitted this 25th day of September, 2009.

| **PERKINS COIE LLP** | **KUTAK ROCK LLP** |
|---|---|
| By: */s/ Troy P. Sauro* | By: */s/ Grace Y. Horoupian* |
| Troy P. Sauro<br>ATTORNEYS FOR DEFENDANT<br>GOOGLE INC. | Grace Y. Horoupian<br>ATTORNEYS FOR PLAINTIFF<br>ROCKY MOUNTAIN BANK |

- 2 -
**STIPULATED MOTION TO VACATE HEARING ON PLAINTIFF'S MOTION FOR PRELMINARY
INJUNCTION AND TEMPORARY RESTRAINING ORDER
CASE NO.  5:09-CV-04385 JW**

4835-4594-6884.1