1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY MOUNTAIN BANK, a Wyoming corporation,<br><br>        Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>        Defendant. | Case No. 5:09-CV-04385 JW<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO VACATE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND TO VACATE TEMPORARY RESTRAINING ORDER** |

- 1 -
**ORDER GRANTING STIPULATED MOTION TO VACATE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND TO VACATE TEMPORARY RESTRAINING ORDER
CASE NO. 5:09-CV-04385 JW**

4815-5339-0340.1

1   THIS MATTER has come before the undersigned on Plaintiff Rocky
2  Mountain Bank and Defendant Google Inc.'s Stipulated Motion to Vacate Hearing
3  on Plaintiff's Motion for Preliminary Injunction and to Vacate Temporary
4  Restraining Order (the "Motion"). Upon review of the pleadings it is hereby:

ORDERED that the parties Motion shall be and hereby is GRANTED. The Hearing scheduled for September 28, 2009 is vacated and the TRO entered on September 23, 2009 is vacated.

IT IS SO ORDERED.

DONE this _____ day of _____, 2009.

                                        BY THE COURT

                                        _____
                                        THE HONORABLE DISTRICT COURT
                                        JUDGE JAMES WARE