1  Troy P. Sauro, (SBN 224097)
   TSauro@perkinscoie.com
2  Albert Gidari (*pro hac vice* pending)
   AGidari@perkinscoie.com
3  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
4  San Francisco, CA 94111-4131
   Telephone:  (415) 344-7000
5  Facsimile:  (415) 344-7050

6  Attorneys for Defendant
   GOOGLE INC.
7
   GRACE Y. HOROUPIAN (SBN 180337)
8  **KUTAK ROCK LLP**
   Suite 1100
9  18201 Von Karman Avenue
   Irvine, CA  92612-1077
10 Telephone:  (949) 417-0999
   Facsimile:   (949) 417-5394
11 Email:  grace.horoupian@kutakrock.com

12 NEIL L. ARNEY (SBN 125682)
   **KUTAK ROCK LLP**
13 Suite 3100
   1801 California Avenue
14 Denver, CO  80202
   Telephone:  (303) 297-2400
15 Facsimile:   (303) 292-7799
   Email:     neil.arney@kutakrock.com
16
   Attorneys for Plaintiff
17 ROCKY MOUNTAIN BANK, a
   Wyoming corporation
18

19 **UNITED STATES DISTRICT COURT**

20 **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 21  ROCKY MOUNTAIN BANK, a Wyoming corporation, | Case No.  5:09-CV-04385 JW |
| 22            Plaintiff, | **STIPULATED MOTION TO VACATE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND TO VACATE TEMPORARY RESTRAINING ORDER** |
| 23  v. | |
| 24  GOOGLE INC., a Delaware corporation, | |
| 25 | |
| 26            Defendant. | |

27
28

41063-0024/LEGAL17029843.1
**STIPULATED MOTION TO VACATE HEARING ON PLAINTIFF'S MOTION FOR PRELMINARY INJUNCTION AND TO VACATE TEMPORARY RESTRAINING ORDER
CASE NO.  5:09-CV-04385 JW**
4835-4594-6884.1

Plaintiff Rocky Mountain Bank (the "Bank"), by and through its undersigned counsel, and Defendant Google Inc. ("Google"), by and through its undersigned counsel, hereby notify the Court that the dispute is resolved, and Plaintiff intends to promptly move to have its Complaint dismissed with prejudice.

The Bank and Google further submit the following Stipulated Motion to Vacate Hearing on Preliminary Injunction (the "Hearing") and Temporary Restraining Order and in support thereof, hereby stipulate and agree as follows:

(1)   On September 24, 2009, Google lodged a Report with the Court in response to, and in compliance with, the Court's September 23, 2009 Order Granting Temporary Restraining Order (the "TRO").

(2)   In light of the Report the parties are in agreement that the relief requested in connection with the Bank's motion for preliminary injunction is now moot and the Hearing may be vacated.  In light of Google's compliance with the TRO, the parties also agree that the TRO should be vacated, allowing the Gmail Account to be reactivated to allow the user access to the account.

WHEREFORE, the parties request that the Court vacate the Hearing currently scheduled for September 28, 2009 at 9:00 a.m. and vacate the TRO.

In the alternative, and only in the event that the Court does not enter an Order Granting Stipulated Motion To Vacate Hearing On Plaintiff's Motion For Preliminary Injunction And To Vacate Temporary Restraining Order, the parties stipulate and hereby request that the Court continue the September 28, 2009 hearing

1  on Plaintiff's Motion For Preliminary Injunction to October 1, 2009, or such later
2  date that is convenient for the Court, and permit the parties to fully brief the matter.

Respectfully submitted this 25th day of September, 2009.

**PERKINS COIE LLP**                    **KUTAK ROCK LLP**


By: */s/ Troy P. Sauro*                 By: */s/ Neil L. Arney*
   Troy P. Sauro                           Neil L. Arney
   ATTORNEYS FOR DEFENDANT                 ATTORNEYS FOR PLAINTIFF
   GOOGLE INC.                             ROCKY MOUNTAIN BANK

41063-0024/LEGAL17029843.1        - 2 -
**STIPULATED MOTION TO VACATE HEARING ON PLAINTIFF'S MOTION FOR PRELMINARY
INJUNCTION AND TEMPORARY RESTRAINING ORDER
CASE NO.  5:09-CV-04385 JW_____**

4835-4594-6884.1