1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

11    ROCKY MOUNTAIN BANK, a              Case No.  5:09-CV-04385 JW
      Wyoming corporation,
12                                        **[PROPOSED] ORDER GRANTING**
                       Plaintiff,         **STIPULATED MOTION TO**
13                                        **VACATE HEARING ON**
      v.                                  **PLAINTIFF'S MOTION FOR**
14                                        **PRELIMINARY INJUNCTION AND**
      GOOGLE INC., a Delaware             **TO VACATE TEMPORARY**
15    corporation,                        **RESTRAINING ORDER**

16                     Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -
**ORDER GRANTING STIPULATED MOTION TO VACATE HEARING ON PLAINTIFF'S MOTION FOR**
**PRELIMINARY INJUNCTION AND TO VACATE TEMPORARY RESTRAINING ORDER**
**CASE NO. 5:09-CV-04385 JW**

4815-5339-0340.1

Dockets.Justia.com

1

2

3
      THIS MATTER has come before the undersigned on Plaintiff Rocky

4
Mountain Bank and Defendant Google Inc.'s Stipulated Motion to Vacate Hearing

5
on Plaintiff's Motion for Preliminary Injunction and to Vacate Temporary

6
Restraining Order (the "Motion").  Upon review of the pleadings it is hereby:

7
      ORDERED that the parties Motion shall be and hereby is GRANTED.  The

8
Hearing scheduled for September 28, 2009 is vacated and the TRO entered on

9
September 23, 2009 is vacated.

10
      IT IS SO ORDERED.

11

12
DONE this _____ day of _____, 2009.

13
                      BY THE COURT

14

15
                      _____

16
                      THE HONORABLE DISTRICT COURT
                      JUDGE JAMES WARE

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER GRANTING STIPULATED MOTION TO VACATE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND TO VACATE TEMPORARY RESTRAINING ORDER CASE NO. 5:09-CV-04385 JW**

4834-3217-6388.1