**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*
9/25/2009

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY MOUNTAIN BANK, a Wyoming corporation,<br><br>        Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>        Defendant. | Case No. 5:09-CV-04385 JW<br><br>**ORDER CONTINUING PRELIMINARY INJUNCTION HEARING** |

1 | **IT IS SO ORDERED AS MODIFIED:**

2 | The Court finds good cause to continue the Preliminary Injunction hearing from September 28, 2009 at 9:00 AM to **October 5, 2009 at 9:00 AM.** On or before **October 1, 2009**, the parties shall file a Stipulated Dismissal and Proposed Order to Vacate the Court's September 23, 2009 Order Granting the Temporary Restraining Order.

This Order further finds the Stipulated Motion to Vacate Hearing (Docket Item No. 28) as MOOT.

Dated: September 25, 2009            _____
                                      United States District Judge James Ware

- 2 -
**ORDER GRANTING STIPULATED MOTION TO VACATE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND TO VACATE TEMPORARY RESTRAINING ORDER
CASE NO. 5:09-CV-04385 JW**

4834-3217-6388.1