| | |
|---|---|
| 1 | NEIL L. ARNEY (SBN 125682)<br>**KUTAK ROCK LLP** |
| 2 | Suite 3100<br>1801 California Avenue |
| 3 | Denver, CO 80202<br>Telephone: (303) 297-2400 |
| 4 | Facsimile: (303) 292-7799<br>Email: neil.arney@kutakrock.com |
| 5 | |
| 6 | GRACE Y. HOROUPIAN (SBN 180337)<br>**KUTAK ROCK LLP** |
| 7 | Suite 1100<br>18201 Von Karman Avenue |
| 8 | Irvine, CA 92612-1077<br>Telephone: (949) 417-0999 |
| 9 | Facsimile: (949) 417-5394<br>Email: grace.horoupian@kutakrock.com |
| 10 | |
| 11 | Attorneys for Plaintiff<br>ROCKY MOUNTAIN BANK, a Wyoming |
| 12 | corporation |
| 13 | Troy P. Sauro, (SBN 224097)<br>TSauro@perkinscoie.com |
| 14 | Albert Gidari (*pro hac vice* pending)<br>AGidari@perkinscoie.com |
| 15 | PERKINS COIE LLP<br>Four Embarcadero Center, Suite 2400 |
| 16 | San Francisco, CA 94111-4131<br>Telephone: (415) 344-7000 |
| 17 | Facsimile: (415) 344-7050 |
| 18 | Attorneys for Defendant<br>GOOGLE INC. |
| 19 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 23 | ROCKY MOUNTAIN BANK, a Wyoming corporation, | Case No. 5:09-CV-04385 JW |
| 24 | Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| 25 | v. | |
| 26 | GOOGLE INC., a Delaware corporation, | |
| 27 | Defendant. | |
| 28 | | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**
**CASE NO. 5:09-CV-04385 JW**

4835-4594-6884.1

Dockets.Justia.com

1  Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Rocky Mountain Bank and Defendant
2  Google Inc. hereby stipulate that this action and all claims Plaintiff has asserted against
3  Defendant in this action are hereby dismissed *with prejudice*, and the Temporary Restraining
4  Order entered on September 23, 2009 may be vacated. Each party to bear its own costs and
5  attorneys' fees.

6  Respectfully submitted this 28th day of September, 2009.

**PERKINS COIE LLP**                          **KUTAK ROCK LLP**

By: */s/ Troy P. Sauro*                       By: */s/ Neil L. Arney*
   Troy P. Sauro                                 Neil L. Arney
   ATTORNEYS FOR DEFENDANT                       ATTORNEYS FOR PLAINTIFF
   GOOGLE INC.                                   ROCKY MOUNTAIN BANK

- 1 -
**STIPULATION FOR DISMISSAL WITH PREJUDICE**
**CASE NO. 5:09-CV-04385 JW**
4835-4594-6884.1