# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY MOUNTAIN BANK, a Wyoming corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No. 5:09-CV-04385 JW<br><br>**[PROPOSED] ORDER TO VACATE THE COURT'S SEPTEMBER 23, 2009 ORDER GRANTING THE TEMPORARY RESTRAINING ORDER** |

In light of the Stipulation for Dismissal with Prejudice filed by Plaintiff Rocky Mountain Bank and Defendant Google Inc. on September 28, 2009, and upon review of the pleadings and being advised in the premises, it is hereby:

ORDERED that the Temporary Restraining Order entered on September 23, 2009 is vacated.

IT IS SO ORDERED.

DONE this _____ day of _____, 2009.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HONORABLE JAMES WARE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE