| | |
|---|---|
| 1 | NEIL L. ARNEY (SBN 125682) |
| 2 | **KUTAK ROCK LLP**<br>Suite 3100 |
| 3 | 1801 California Avenue<br>Denver, CO  80202 |
| 4 | Telephone:   (303) 297-2400<br>Facsimile:    (303) 292-7799 |
| 5 | Email:    neil.arney@kutakrock.com |
| 6 | GRACE Y. HOROUPIAN (SBN 180337)<br>**KUTAK ROCK LLP** |
| 7 | Suite 1100<br>18201 Von Karman Avenue |
| 8 | Irvine, CA  92612-1077<br>Telephone:   (949) 417-0999 |
| 9 | Facsimile:    (949) 417-5394<br>Email:  grace.horoupian@kutakrock.com |

*IT IS SO ORDERED*
*Judge James Ware*
(United States District Court, Northern District of California seal)

Attorneys for Plaintiff
ROCKY MOUNTAIN BANK, a Wyoming corporation

Troy P. Sauro, (SBN 224097)
TSauro@perkinscoie.com
Albert Gidari (*pro hac vice* pending)
AGidari@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone:  (415) 344-7000
Facsimile:  (415) 344-7050

Attorneys for Defendant
GOOGLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY MOUNTAIN BANK, a Wyoming corporation,<br><br>            Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>            Defendant. | Case No.  5:09-CV-04385 JW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

---

**STIPULATION FOR DISMISSAL WITH PREJUDICE**
**CASE NO.  5:09-CV-04385 JW**

4835-4594-6884.1

1    Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Rocky Mountain Bank and Defendant
2    Google Inc. hereby stipulate that this action and all claims Plaintiff has asserted against
3    Defendant in this action are hereby dismissed *with prejudice*, and the Temporary Restraining
4    Order entered on September 23, 2009 may be vacated. Each party to bear its own costs and
5    attorneys' fees. The Clerk shall close this file.
6    Respectfully submitted this 28th day of September, 2009.

**PERKINS COIE LLP**　　　　　　　　　　**KUTAK ROCK LLP**

By: */s/ Troy P. Sauro*　　　　　　　　　By: */s/ Neil L. Arney*
　　Troy P. Sauro　　　　　　　　　　　　　Neil L. Arney
　　ATTORNEYS FOR DEFENDANT　　　　ATTORNEYS FOR PLAINTIFF
　　GOOGLE INC.　　　　　　　　　　　　ROCKY MOUNTAIN BANK

- 1 -
**STIPULATION FOR DISMISSAL WITH PREJUDICE
CASE NO. 5:09-CV-04385 JW**

4835-4594-6884.1