*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROCKY MOUNTAIN BANK, a Wyoming corporation, | Case No. 5:09-CV-04385 JW |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER TO VACATE THE COURT'S SEPTEMBER 23, 2009 ORDER GRANTING THE TEMPORARY RESTRAINING ORDER** |
| v. | |
| GOOGLE INC., a Delaware corporation, | |
| Defendant. | |

In light of the Stipulation for Dismissal with Prejudice filed by Plaintiff Rocky Mountain Bank and Defendant Google Inc. on September 28, 2009, and upon review of the pleadings and being advised in the premises, it is hereby:

ORDERED that the Temporary Restraining Order entered on September 23, 2009 is vacated.

IT IS SO ORDERED.

Dated: September 28, 2009

_____
HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT JUDGE

- 1 -
**ORDER TO VACATE THE COURT'S SEPTEMBER 23, 2009 TEMPORARY RESTRAINING ORDER
CASE NO. 5:09-CV-04385 JW**

4815-5339-0340.1