1  ERICA L. CRAVEN-GREEN (Bar No. 199918)
Email: ecravengreen@gmail.com
2  Law Offices of Erica L. Craven-Green
P.O. Box 460367
3  San Francisco, California 94146-0367
Telephone: (415) 572-9028
4

PAUL ALAN LEVY, *pro hac vice* to be sought
5  Email: plevy@citizen.org
DEEPAK GUPTA
6  Email: dgupta@citizen.org
Public Citizen Litigation Group
7  1600 20th Street, NW
Washington, DC  20009
8  Telephone: (202) 588-1000
Facsimile: (202) 588-7795
9

Attorneys for MediaPost Communications
10

UNITED STATES DISTRICT COURT
11  FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
12

13  ROCKY MOUNTAIN BANK,          )   Case No. 5:09-CV-04385 JW
          a Wyoming Corporation,       )
                                       )   MOTION FOR LEAVE TO INTERVENE
14                                     )   AND MEMORANDUM SUPPORTING
          Plaintiff,                   )   MOTION FOR LEAVE TO INTERVENE
15      v.                             )   Fed. R. Civ. P. 24(b)
                                       )
16  GOOGLE INC., a Delaware corporation, )   Date: December 7, 2009
                                       )   Time:  9 AM
17          Defendant.                 )   Courtroom: Courtroom 8, 4th floor
                                       )   Judge Ware
18

19          **NOTICE OF MOTION AND MOTION FOR LEAVE TO INTERVENE**

20  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

21          Please take notice that, on Monday, December 7, at 9 AM, or as soon thereafter as the matter

22  may be heard by this Court, located at 280 South 1st Street, San Jose, California, MediaPost

23  Communications will move and hereby does move the Court, pursuant to Rule 24 of the Federal Rules

24  of Civil Procedure, for leave to intervene for the limited purpose of seeking public disclosure of the

25  report lodged by Google with the Court in chambers explaining its compliance with the Temporary

26  Restraining Order entered by this Court on September 23, 2009.  The report is a judicial record and

27  thus subject to the strong presumption of public access, and movant wants to see the document for the

28

**1** purpose of continuing to report on this case.

**2**      This motion seeks the following relief — an order granting movant leave to intervene for the

**3** limited purpose of filing the motion to unseal that is being filed simultaneously with this motion.

**4**                              **MEMORANDUM OF POINTS AND AUTHORITIES**

**5**      Pursuant to Rule 24 of the Federal Rules of Civil Procedure, MediaPost Communications has

**6** moved the Court for leave to intervene for the limited purpose of seeking public disclosure of the

**7** report lodged by defendant Google with the Court in chambers explaining Google's compliance with

**8** the Temporary Restraining Order, for the following reasons:

**9**      1.  MediaPost Communications, the business name of Fadner Media Enterprises, LLC, is an

**10** integrated publishing and content company whose mission is to provide a complete array of resources

**11** for media, marketing and advertising professionals.  MediaPost is the holding company for the

**12** following entities: MediaPost.com, the OMMA conferences (holding more than twenty-five events

**13** per year), Publications.MediaPost.com, OMMA & MEDIA Magazines, and a suite of more than forty

**14** industry-focused eNewsletters & blogs.  One of its publications, Online Media Daily, carried the first

**15** report about the Court's order granting plaintiff's request for a TRO and ordering the Gmail user's

**16** account deactivated, and published several stories about this case.

**17**      2. MediaPost Communications seeks to assert its right under Rules 5(d) and (e) of the Federal

**18** Rules of Civil Procedure, under the First Amendment, and under the common law presumption that

**19** judicial records will be available for public scrutiny to review the report that Google lodged with the

**20** Court in chambers explaining its compliance with the Temporary Restraining Order.

**21**      3.  "Nonparties seeking access to a judicial record in a civil case may do so by seeking

**22** permissive intervention under Rule 24(b)(2)."  *San Jose Mercury News v. United States District*

**23** *Court*, 187 F. 3d 1096, 1102 (9th Cir. 1999) (granting mandamus and reversing denial of motion for

**24** leave to intervene). *Accord Foltz v. State Farm Mut. Auto Ins. Co.*, 331 F.3d 1122, 1120-1130 (9th

**25** Cir. 2003) (court of appeals had jurisdiction to consider appeal of parties who intervened to seek

**26** unsealing of judicial records); *In re Associated Press*, 162 F.3d 503, 506-509 (7th Cir. 1998) ("the

**27** most appropriate procedural mechanism [for third parties to obtain access to court proceedings and

**28**                                                          -2-

1 | documents] is by permitting those who oppose the suppression of the material to intervene for that

2 | limited purpose.").

3 | **CONCLUSION**

4 | The motion for leave to intervene should be granted.

6 | Respectfully submitted,

7 |   /s/ Erica L. Craven-Green
Erica L. Craven-Green (Bar No. 199918)

8 |

9 | Email: ecravengreen@gmail.com
Law Offices of Erica L. Craven-Green
P.O. Box 460367

10 | San Francisco, California 94146-0367
Telephone: (415) 572-9028

11 |

12 |   /s/ Paul Alan Levy
Paul Alan Levy (DC Bar No. 946400)

13 | Deepak Gupta (DC Bar No. 495451)

14 | Public Citizen Litigation Group
Email: plevy@citizen.org

15 | 1600 - 20th Street, N.W.
Washington, D.C. 20009

16 | Telephone: (202) 588-1000
Facsimile: (202) 588-7795

17 | October 20, 2009                                    Attorneys for MediaPost Communications

18 |

-3-