UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ROCKY MOUNTAIN BANK,<br>    a Wyoming Corporation, | )<br>)<br>) | Case No. 5:09-CV-04385 JW |
|                 Plaintiff,<br>  v. | )<br>)<br>) | PROPOSED ORDER<br><u>GRANTING LEAVE TO INTERVENE</u><br>Fed. R. Civ. P. 24(b) |
| GOOGLE INC., a Delaware corporation,<br>                Defendant. | )<br>)<br>)<br>) | |

The Court hereby ORDERS that MediaPost Communications is granted to leave to intervene for the limited purpose of unsealing the report lodged in chambers with the Court by defendant Google, Inc. explaining its compliance with the Temporary Restraining Order issued on September 23, 2009.

**Dated:**

                                                                                         Honorable James Ware
                                                                                        UNITED STATES DISTRICT JUDGE