UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ROCKY MOUNTAIN BANK,<br>        a Wyoming Corporation,<br><br>                    Plaintiff,<br>        v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 5:09-CV-04385 JW<br><br>PROPOSED ORDER<br><u>UNSEALING DOCUMENT</u><br>Fed. R. Civ. P. 24(b) |

The Court hereby ORDERS that the report lodged by Google, Inc. with the Court, explaining its compliance with the Temporary Restraining Order issued on September 23, 2009, shall be filed on the public e-filing docket, except that all identifying information about the owner of the Google email account shall be blacked out.

**Dated:**

Honorable James Ware
UNITED STATES DISTRICT JUDGE

---

No. 5:09-CV-04385-JW, PROPOSED ORDER UNSEALING DOCUMENT