| | |
|---|---|
| 1 | ERICA L. CRAVEN-GREEN (Bar No. 199918) |
| | Email: ecravengreen@gmail.com |
| 2 | Law Offices of Erica L. Craven-Green |
| | P.O. Box 460367 |
| 3 | San Francisco, California 94146-0367 |
| | Telephone: (415) 572-9028 |
| 4 | |
| | PAUL ALAN LEVY |
| 5 | Email: plevy@citizen.org |
| | DEEPAK GUPTA |
| 6 | Email: dgupta@citizen.org |
| | Public Citizen Litigation Group |
| 7 | 1600 20th Street NW |
| | Washington, DC  20009 |
| 8 | Telephone: (202) 588-1000 |
| | Facsimile: (202) 588-7795 |
| 9 | |
| 10 | Attorneys for MediaPost Communications |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| ROCKY MOUNTAIN BANK, | ) | Case No. 5:09-CV-04385 JW |
| a Wyoming Corporation, | ) | |
| | ) | NOTICE OF MOTION AND MOTION |
| Plaintiff, | ) | FOR LEAVE TO FILE A MOTION |
| v. | ) | FOR RECONSIDERATION |
| | ) | Local Rule 7-9 |
| GOOGLE INC., a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

MediaPost Communications moves the Court to grant it leave to file the attached motion for reconsideration of the Court's December 4, 2009 order denying its motion to intervene. The Court based its denial on a ground that had not been argued in opposition to the motion, and that movant could not have anticipated. Indeed, as shown in the attached motion, the Court's ruling is squarely contrary to controlling authority from the Ninth Circuit. Moreover, the decision from the District of Massachusetts on which the Court relied is not on point, and a later decision of the United States Court of Appeals for the First Circuit holds that intervention may be sought for the purpose of unsealing even after the underlying case has been dismissed.

Under Ninth Circuit law, the right to intervene for the purpose of unsealing is so clear that a denial may be corrected by mandamus. *San Jose Mercury News v. United States District Court*, 187

F.3d 1096 (9th Cir. 1999). However, movant asks the Court to grant it leave to file the attached motion for reconsideration.

Regardless of how this Court rules on the motion for reconsideration, the Court is requested to file the Report that Google submitted to this Court demonstrating its compliance with this Court's Temporary Restraining Order — which both sides agree is a judicial record even if they disagree about whether it should be unsealed — on the docket, under seal, so that during an appeal or mandamus proceeding the Court of Appeals will be able to conduct an *in camera* examination of the document if it chooses to do so.

## CONCLUSION

MediaPost should be granted leave to file the attached motion to reconsider.

/s/ Erica L. Craven-Green
Erica L. Craven-Green (Bar No. 199918)

Email: ecravengreen@gmail.com
Law Offices of Erica L. Craven-Green
P.O. Box 460367
San Francisco, California 94146-0367
Telephone: (415) 572-9028

/s/ Paul Alan Levy
Paul Alan Levy (DC Bar No. 946400)
Deepak Gupta (DC Bar No. 495451)

Public Citizen Litigation Group
Email: plevy@citizen.org
1600 - 20th Street, N.W.
Washington, D.C. 20009
Telephone: (202) 588-1000
Facsimile: (202) 588-7795

December 9, 2009                    Attorneys for MediaPost Communications