Troy P. Sauro, Bar No. 224097
TSauro@perkinscoie.com
Albert Gidari (*pro hac vice*)
AGidari@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7000
Facsimile: 415.344.7050

Timothy L. Alger, Bar No. 160303
timalger@google.com
Deputy General Counsel
GOOGLE INC.
1600 Amphitheatre Parkway
Mountain View, CA 94043
Telephone: 650.214.3174
Facsimile: 650.887.1765

Attorneys for Defendant
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROCKY MOUNTAIN BANK, a Wyoming Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware Corporation,<br><br>Defendant. | Case No. 5:09-CV-04385 JW<br><br>GOOGLE INC.'S OPPOSITION TO NON-PARTY MEDIAPOST'S MOTION FOR RECONSIDERATION |

65726-0013/LEGAL17530614.1

GOOGLE INC.'S RESPONSE TO MOTIONS
TO INTERVENE AND UNSEAL
5:09-CV-04385 JW

1    Google Inc. ("Google") respectfully opposes non-party MediaPost Communications'
2    Motion For Reconsideration of this Court's December 4, 2009 Order denying MediaPost's
3    motions to intervene and unseal records. MediaPost has provided no new facts and no new law
4    that were unavailable to MediaPost at the time of its Order. For this reason, and for the reasons
5    stated in Google's opposition to MediaPost's motions (*see* Docket Entry No. 45), this Court's
6    December 4, 2009 Order denying the motions to intervene and unseal records was correct and
7    does not merit reconsideration.

DATED:  October 21, 2009

**PERKINS COIE LLP**

By:  /s/  Troy P. Sauro

Troy P. Sauro (Bar No. 224097)
Albert M. Gidari (*pro hac vice*)

By:  /s/  Timothy L. Alger

Timothy L. Alger (Bar No. 160303)
Google Inc., Deputy General Counsel

Attorneys for Defendant
Google Inc.

65726-0013/LEGAL17530614.1

-2-

GOOGLE INC.'S RESPONSE TO MOTIONS
TO INTERVENE AND UNSEAL
5:09-CV-04385 JW