1  Troy P. Sauro, Bar No. 224097
   TSauro@perkinscoie.com
2  Albert Gidari (*pro hac vice*)
   AGidari@perkinscoie.com
3  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
4  San Francisco, CA 94111-4131
   Telephone: 415.344.7000
5  Facsimile: 415.344.7050

6  Timothy L. Alger, Bar No. 160303
   timalger@google.com
7  Deputy General Counsel
   GOOGLE INC.
8  1600 Amphitheatre Parkway
   Mountain View, CA 94043
9  Telephone: 650.214.3174
   Facsimile: 650.887.1765
10

   Attorneys for Defendant
11 Google Inc.

12
13                    UNITED STATES DISTRICT COURT
14                   NORTHERN DISTRICT OF CALIFORNIA
15                            SAN JOSE DIVISION
16

17  ROCKY MOUNTAIN BANK, a Wyoming Corporation,           Case No. 5:09-CV-04385 JW

18                 Plaintiff,                             GOOGLE INC.'S OPPOSITION TO NON-PARTY MEDIAPOST'S MOTION FOR RECONSIDERATION

19        v.

20  GOOGLE INC., a Delaware Corporation,

21                 Defendant.

22
23
24
25
26
27
28

Google Inc. ("Google") respectfully opposes non-party MediaPost Communications' Motion For Reconsideration of this Court's December 4, 2009 Order denying MediaPost's motions to intervene and unseal records. MediaPost has provided no new facts and no new law that were unavailable to MediaPost at the time of its Order. For this reason, and for the reasons stated in Google's opposition to MediaPost's motions (*see* Docket Entry No. 45), this Court's December 4, 2009 Order denying the motions to intervene and unseal records was correct and does not merit reconsideration.

DATED: January 11, 2010

**PERKINS COIE LLP**

By: /s/ Troy P. Sauro

Troy P. Sauro (Bar No. 224097)
Albert M. Gidari (*pro hac vice*)

By: /s/ Timothy L. Alger

Timothy L. Alger (Bar No. 160303)
Google Inc., Deputy General Counsel

Attorneys for Defendant
Google Inc.