ERICA L. CRAVEN-GREEN (Bar No. 199918)
Email: ecravengreen@gmail.com
Law Offices of Erica L. Craven-Green
P.O. Box 460367
San Francisco, California 94146-0367
Telephone: (415) 572-9028

PAUL ALAN LEVY
Email: plevy@citizen.org
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
Telephone: (202) 588-1000
Facsimile: (202) 588-7795

Attorneys for MediaPost Communications

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ROCKY MOUNTAIN BANK, a Wyoming Corporation, Plaintiff, v. GOOGLE INC., a Delaware corporation, Defendant. | Case No. 5:09-CV-04385 JW<br><br>REPLY MEMORANDUM AND REQUEST FOR SUBMISSION OF MOTION FOR RECONSIDERATION<br>F. R. Civ. P. 24, 59<br><br>Date: February 1, 2010<br>Time: 9 AM<br>Courtroom: Courtroom 8, 4th floor<br>Judge Ware |

    Movant files this reply brief solely for the purpose of informing the Court that movant and defendant Google agree that the pending motion can be submitted on the papers and do not believe that oral argument is necessary

       /s/ Erica L. Craven-Green
    Erica L. Craven-Green (Bar No. 199918)

    Email: ecravengreen@gmail.com
    Law Offices of Erica L. Craven-Green
    P.O. Box 460367
    San Francisco, California 94146-0367
    Telephone: (415) 572-9028

     /s/ Paul Alan Levy
    Paul Alan Levy (DC Bar No. 946400)

|   |   |
|---|---|
| | Public Citizen Litigation Group |
| | Email: plevy@citizen.org |
| | 1600 - 20th Street, N.W. |
| | Washington, D.C. 20009 |
| | Telephone: (202) 588-1000 |
| | Facsimile: (202) 588-7795 |
| January 14, 2010 | Attorneys for MediaPost Communications |

-2-

No. 5:09-CV-04385-JW, REPLY SUPPORTING MOTION TO RECONSIDER