ERICA L. CRAVEN-GREEN (Bar No. 199918)
Email: ecravengreen@gmail.com
Law Offices of Erica L. Craven-Green
P.O. Box 460367
San Francisco, California 94146-0367
Telephone: (415) 572-9028

PAUL ALAN LEVY
Email: plevy@citizen.org
DEEPAK GUPTA
Email: dgupta@citizen.org
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC  20009
Telephone: (202) 588-1000
Facsimile: (202) 588-7795

Attorneys for MediaPost Communications

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ROCKY MOUNTAIN BANK,<br>a Wyoming Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>Defendant,<br><br>and<br><br>MEDIA POST COMMUNICATIONS,<br><br>Intervenor. | Case No. 5:09-CV-04385 JW<br><br>NOTICE OF APPEAL |

Intervenor MediaPost Communications appeals from the Court's December 4, 2009 Order denying MediaPost's motion to unseal, and from the January 27, 2010 Order denying the motion to unseal on reconsideration.

Erica L. Craven-Green (Bar No. 199918)

Email: ecravengreen@gmail.com
Law Offices of Erica L. Craven-Green
P.O. Box 460367

No. 5:09-CV-04385-JW, NOTICE OF APPEAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

San Francisco, California 94146-0367
Telephone: (415) 572-9028

Paul Alan Levy (DC Bar No. 946400)
Deepak Gupta (DC Bar No. 495451)

Public Citizen Litigation Group
Email: plevy@citizen.org
1600 - 20th Street, N.W.
Washington, D.C. 20009
Telephone: (202) 588-1000
Facsimile: (202) 588-7795

February 26, 2010                        Attorneys for MediaPost Communications

-2-

No. 5:09-CV-04385-JW, NOTICE OF APPEAL

1   ERICA L. CRAVEN-GREEN (Bar No. 199918)
    Email: ecravengreen@gmail.com
2   Law Offices of Erica L. Craven-Green
    P.O. Box 460367
3   San Francisco, California 94146-0367
    Telephone: (415) 572-9028

4

5   PAUL ALAN LEVY
    Email: plevy@citizen.org
    DEEPAK GUPTA
6   Email: dgupta@citizen.org
    Public Citizen Litigation Group
7   1600 20th Street NW
    Washington, DC  20009
8   Telephone: (202) 588-1000
    Facsimile: (202) 588-7795

9

10  Attorneys for MediaPost Communications

11              UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
12                  SAN JOSE DIVISION

13  ROCKY MOUNTAIN BANK,              )      Case No. 5:09-CV-04385 JW
              a Wyoming Corporation,  )
14                                    )      REPRESENTATION STATEMENT
                                      )
              Plaintiff,              )
15         v.                         )
                                      )
16  GOOGLE INC., a Delaware corporation, )
                                      )
17            Defendant,              )
                                      )
18            and                     )
                                      )
19  MEDIA POST COMMUNICATIONS,        )
                                      )
20            Intervenor.             )

21          MediaPost Communications is the appellant.  It is represented by Paul Alan Levy, Deepak

22  Gupta, and Erica L. Craven Green, whose addresses and telephone numbers appear in the signature

23  block below.

24          Google, Inc., is an appellee.  It is represented by Troy Phillip Sauro and Albert Gidari, Perkins

25  Coie LLP, 4 Embarcadero Center, 24th Floor, San Francisco, California  94111, 415-344-7102 (we

26  understand that Mr. Gidari lives in Seattle, but the docket sheet gives his work address as the San

27  Francisco office).

28

No. 5:09-CV-04385-JW, REPRESENTATION STATEMENT

1    Rocky Mountain Bank is an appellee.  It is represented by Grace Yazgulian Horoupian, Kutak

2  Rock, LLP, 18021 Von Karman. Suite 1100, Irvine, California 92612, 949-417-0999 x 6684, and by

3  Neil L. Arney, Kutak Rock LLP, 1801 California Avenue, Suite 3100, Denver, Colorado 80202

4  303-297-2400.

5

6                                         _____
                                          Erica L. Craven-Green (Bar No. 199918)

7                                              Email: ecravengreen@gmail.com
                                               Law Offices of Erica L. Craven-Green
8                                              P.O. Box 460367
                                               San Francisco, California 94146-0367
9                                              Telephone: (415) 572-9028

10

11                                         Paul Alan Levy (DC Bar No. 946400)
                                           Deepak Gupta (DC Bar No. 495451)

12                                             Public Citizen Litigation Group
                                               Email: plevy@citizen.org
13                                             1600 - 20th Street, N.W.
                                               Washington, D.C. 20009
14                                             Telephone: (202) 588-1000
                                               Facsimile: (202) 588-7795
15
     February 26, 2010                     Attorneys for MediaPost Communications
16

17

18

19

20

21

22

23

24

25

26

27

28                                         -2-