UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

March 2, 2010

**CASE INFORMATION:**
Short Case Title: *Rocky Mountain Bank* - *Google, Inc.,*
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: *Judge James Ware*
Criminal and/or Civil Case No.: CV 09-04385 JW
Date Complaint/Indictment/Petition Filed: *9/17/09*
Date Appealed order/judgment *entered* *12/4/09 and 1/27/10*
Date NOA *E-filed* on *2/26/10*
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):  ☐ granted in full (attach order)  ☐ denied in full (send record)
                                     ☐ granted in part (attach order)  ☐ pending

Court Reporter(s) Name & Phone Number:

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                         Date Docket Fee Billed: *3/2/10*
Date FP granted:                              Date FP denied:
Is FP pending?  ☐ yes  ☐ no                                        Was FP limited ☐?  Revoked ☐?
US Government Appeal?  ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                            Appellee Counsel:
Erica L. Craven-Green                         Troy Philip Sauro
Law Offices of Erica L. Craven-Green          Perkins Coie LLP
P.O. Box 460367                               4 Embarcadero Center, 24th Floor
San Francisco, CA 94146-0367                  San Francisco, CA., 94111
415-572-9028                                  (415) 344-7102
ecravengreen@gmail.com
☒ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other  *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                  Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                     9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Cindy Vargas