IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROCKY MOUNTAIN BANK, | NO. C 09-04385 JW |
|         Plaintiff(s), <br> v. <br> GOOGLE, INC., <br>         Defendant(s). | **ORDER SETTING CASE MANAGEMENT CONFERENCE IN LIGHT OF NINTH CIRCUIT REMAND** |

In light of the Ninth Circuit Court of Appeals' remand, the Court sets a Case Management Conference for **June 20, 2011 at 10:00 AM** (30 days from date of remand). On or before **June 10, 2011** (10 days from conference), the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, the parties' position with respect to the next stage of the litigation in light of the remand, and a proposed schedule to advance the case.

Dated: April 22, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

**Erica L. Craven-Green** ecravengreen@gmail.com
**Albert Gidari , Jr** AGidari@perkinscoie.com,CAdler@perkinscoie.com
**Grace Yazgulian Horoupian** grace.horoupian@kutakrock.com
**Troy Philip Sauro** tsauro@perkinscoie.com,docketsflit@perkinscoie.com, lalcorn@perkinscoie.com

**Dated:  April 22, 2011**                               **Richard W. Wieking, Clerk**


                                                **By:     /s/ JW Chambers**
                                                         **Elizabeth Garcia**
                                                         **Courtroom Deputy**

**United States District Court**
For the Northern District of California