Troy P. Sauro, Bar No. 224097
TSauro@perkinscoie.com
Albert Gidari (*pro hac vice*)
AGidari@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:  415.344.7000
Facsimile:  415.344.7050

Attorneys for Defendant
Google Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ROCKY MOUNTAIN BANK, a Wyoming Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>GOOGLE INC., a Delaware Corporation,<br><br>          Defendant. | Case No. 5:09-CV-04385 JW<br><br>**CERTIFICATE OF SERVICE** |

//
//
//
//
//
//
//
//
//
//

41063-0138/LEGAL21142454.1

CERTIFICATE OF SERVICE
5:09-CV-04385 JW

**PROOF OF SERVICE**

I hereby certify that on June 20, 2011, I electronically served Defendant Google Inc.'s **NOTICE OF FILING OF REDACTED REPORT**, which will send notice of such filing to the attorneys of record and by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

| | |
|---|---|
| Paul Alan Levy<br>plevy@citizen.org<br>PUBLIC CITIZEN LITIGATION GROUP<br>1600 20th Street NW<br>Washington, DC 20009<br>Telephone: (202) 588-1000<br>Facsimile: (202) 588-7795<br><br>Attorneys for Intervenor<br>MEDIAPOST COMMUNICATIONS | Neil L. Arney<br>KUTAK ROCK LLP<br>1801 California Avenue, Suite 3100<br>Denver, CO 80202<br><br>Attorneys for Plaintiff<br>ROCKY MOUNTAIN BANK |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 20, 2011, at San Francisco, California.

By: _____/s/ Linda Alcorn_____
    Linda Alcorn