IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Rocky Mountain Bank, | NO. C 09-04385 JW |
|        Plaintiff, | **ORDER CLOSING CASE** |
|   v. | |
| Google, Inc., | |
|        Defendant. | |

On May 27, 2011, the Court issued an order in this case granting a stipulated motion for leave to file a redacted report. (See Docket Item No. 70.) In that Order, the Court explained that "[b]ecause no further issues are left for the Court to adjudicate upon the filing of the Redacted Report, once the Report is on file, the Clerk of Court shall close this file." (Id. at 2.) On June 20, 2011, the Report was filed. (See Docket Item No. 71.) Accordingly, the Court ORDERS that this case be closed.

The Clerk shall immediately close this file.

Dated: August 27, 2012

JAMES WARE
United States District Chief Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Albert Gidari Agidari@perkinscoie.com
Erica L. Craven-Green ecravengreen@gmail.com
Grace Yazgulian Horoupian grace.horoupian@kutakrock.com
Troy Philip Sauro tsauro@perkinscoie.com

**Dated:  August 27, 2012**                                  **Richard W. Wieking, Clerk**

                                                             **By:      /s/ JW Chambers           **
                                                                      **William Noble**
                                                                      **Courtroom Deputy**